

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00524-CV

Janet **THOME**,
Appellant

v.

**GUADALUPE- BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1094-CV-A
Honorable Jan P. Patterson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant Janet Thome.

SIGNED July 20, 2022.

_____
Patricia O. Alvarez, Justice